```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP AND TIMOTHY KELLY
 4  Certified Student Attorneys
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  Gyasi Tippins

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,       ) No. 11-MJ-00069-KJN
15                                  )
              Plaintiff,            )         AMENDED
16                                  ) STIPULATION AND ORDER TO CONTINUE
         v.                         ) COURT TRIAL
17                                  )
    Gyasi Tippins,                  )
18                                  )
              Defendant.            ) Date: June 27, 2011
19                                  ) Time: 9:00 a.m.
    _____  ) Judge: Hon. Kendall J. Newman
20

21
         It is hereby stipulated and agreed to between the United States of
22
    America through David Stevens, Special Assistant U.S. Attorney, and
23
    defendant, Gyasi Tippins, by and through his counsel, Linda C. Harter,
24
    Chief Assistant Federal Defender, that the court trial set for Monday,
25
    April 25, 2011 at 9:00 a.m. be rescheduled for Monday, June 27, 2011 at
26
    9:00 a.m.
27
    //
28
```

1   The defendant requires more time to fully investigate the case and
2 to see if this case can be resolved outside of trial.

3
4 DATED: April 19, 2010                    Respectfully submitted,
                                           DANIEL J. BRODERICK
                                           Federal Defender
5
                                           /s/ Linda Harter
6                                          _____
                                           LINDA C. HARTER
7                                          Chief Assistant Federal Defender
                                           Attorney for Defendant
8                                          Gyasi Tippins

9

10 DATED: April 19, 2010                   BENJAMIN B. WAGNER
                                           United States Attorney
11
                                           /s/ David Stevens
12                                         _____
                                           DAVID STEVENS
13                                         Special Assistant U.S. Attorney
                                           Attorney for Plaintiff
14

15                              **O R D E R**

16      **IT IS SO ORDERED.**

17 DATED: April 19, 2011

18

19

20                                         _____
21                                         KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

Stipulation and Proposed Order
                                    -2-