DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GYASI TIPPINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-MJ-00069-KJN |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | COURT TRIAL |
| ) | |
| GYASI TIPPINS, ) | |
| ) | |
| Defendant. ) | Date: July 25, 2011 |
| ) | Time: 1:00 p.m. |
| _____ ) | Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through DAVID STEVENS, Special Assistant U.S. Attorney, and defendant, GYASI TIPPINS, by and through his counsel, LINDA C. HARTER, Chief Assistant Federal Defender, that the court trial set for Monday, June 27, 2011 at 9:00 a.m. be rescheduled for Monday, July 25, 2011 at 1:00 p.m.

//

//

The defendant requires more time to fully investigate the case and to see if this case can be resolved outside of trial.

```
DATED: June 21, 2011            Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Linda Harter
                                _____
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                GYASI TIPPINS


DATED: June 21, 2011            BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ David Stevens
                                _____
                                DAVID STEVENS
                                Special Assistant U.S. Attorney
                                Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: June 21, 2011.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE