PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:11-mj-00069-KJN |
| Plaintiff, | ) ORDER TO DISMISS AND RECALL BENCH WARRANT AND ABSTRACT |
| v. | ) |
| GYASI S. TIPPINS, | ) |
| Defendant. | ) |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:11-mj-00069-KJN is GRANTED.

It is further ordered that the bench warrant and abstract issued on July 25, 2011, are recalled.

IT IS SO ORDERED.

Dated: April 4, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE